## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Michael D. Damron,                                    Civil No. 04-3865  (RHK/RLE)

        Plaintiff,

vs.                                                              **ORDER**

Joan Fabian, Commissioner, Minnesota Department
of Corrections; Connie Roerich, Warden, MCF-Faribault;
Louis Stender, Assoc. Warden; Bruce Reiser, Assoc. Warden;
Michael Smith; Chris Estes; John Melvin; Michael Grundman;
Allen McColley; Winifred Hughes; Debra Stoeckel-Milke;
Susan Schema; Ralph Schmidt; James Morris; Thomas
Schloesser; Brian Paul; Mark Cervenka; Christopher Ernste;
Joanne Popken; William Stransky; John Doe; Jane Doe;
and Richard Doe,

        Defendants.

_____

Construing Defendant's Motion to Reconsider as an Objection to portions of Chief Magistrate

Judge Raymond L. Erickson's February 17, 2006 Report and Recommendation, the undersigned has

conducted the required de novo review of the Report and Recommendation and the Objections

thereto.  That review discloses that Judge Erickson's thorough and well-reasoned Report and

Recommendation is fully supported not only by the record before him, but also by controlling legal

authority and that his recommended disposition should be adopted.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1.      The Objections (Doc. No. 41) are **OVERRULED**;

2.      The Report and Recommendation (Doc. No. 40) is **ADOPTED**;

3.      Plaintiff's Motion for Entry of Default Judgment (Doc. No. 33) is **DENIED**;

4.      Defendants' Motion for Summary Judgment (Doc. No. 26) is **GRANTED**; and

5.      The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 30, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge